# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
JACKSON, ANDREA M. § Case No. 13-11829 PSH
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/23/2013. The undersigned trustee was appointed on 03/23/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $   150,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 40,824.73 |
   | Bank service fees | 0.00 |
   | Other payments to creditors | 80,425.27 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 10,000.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 18,750.00 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/13/2015 and the deadline for filing governmental claims was 07/13/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 10,250.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 10,250.00 , for a total compensation of $ 10,250.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/05/2017                    By: /s/ANDREW J. MAXWELL, TRUSTEE
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 13-11829 PSH Judge: PAMELA S. HOLLIS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | JACKSON, ANDREA M. | Date Filed (f) or Converted (c): | 03/23/13 (f) |
| | | 341(a) Meeting Date: | 05/15/13 |
| For Period Ending: | 04/05/17 | Claims Bar Date: | 07/13/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residential Real Estate located at 1246 S. Christi | 142,900.00 | 4,287.13 | | 0.00 | FA |
| 2. Chase Bank Checking Account In Debtor's Possession | 400.00 | 0.00 | | 0.00 | FA |
| 3. Chase Bank Savings Account In Debtor's Possession | 5.00 | 0.00 | | 0.00 | FA |
| 4. Chase Bank Checking Account In Debtor's Possession | 2.50 | 0.00 | | 0.00 | FA |
| 5. Chase Bank Savings Account In Debtor's Possession | 2.50 | 0.00 | | 0.00 | FA |
| 6. Chase Bank Savings Account In Debtor's Possession | 2.50 | 0.00 | | 0.00 | FA |
| 7. Household Goods In Debtor's Possession | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. Clothing In Debtor's Possession | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. Wedding Rings In Debtor's Possession | 500.00 | 0.00 | | 0.00 | FA |
| 10. Term Life Insurance through State Farm | 0.00 | 0.00 | | 0.00 | FA |
| 11. Term Life Insurance through Employer | 0.00 | 0.00 | | 0.00 | FA |
| 12. 401K | 8,000.00 | 0.00 | | 0.00 | FA |
| 13. Possible Workers Compensation Claim against Bonton | Unknown | 0.00 | | 0.00 | FA |
| 14. PI CLAIM v CBSG (u) | Unknown | 1.00 | | 150,000.00 | FA |
| case reopened in 2015 to administer previously undisclosed tort or statutory case (no estimate of recovery given by special counsel); case settled 3-17 | | | | | |
| TOTALS (Excluding Unknown Values) | $153,812.50 | $4,288.13 | | $150,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR submitted 4.5.17

funds received in the amount of 18,750 3.16.17, net of settlement

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*   Ver: 19.07a

Case 13-11829    Doc 35    Filed 04/24/17    Entered 04/24/17 17:42:39    Desc Main
Document      Page 4 of 10

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 13-11829    PSH    Judge: PAMELA S. HOLLIS | Trustee Name:    ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | JACKSON, ANDREA M. | Date Filed (f) or Converted (c):    03/23/13 (f) |
| | | 341(a) Meeting Date:    05/15/13 |
| | | Claims Bar Date:    07/13/15 |

1/9/17 tc with counsel; pretrial scheduled 1/18/17. Tort and comp insurance carrier are same company. Still need to resolve comp lien.

Trial date of 5/17/17. We have an offer of $130,000.00. We have a comp lien of $111,000.00 discovery in state court case is ongoing

case status waiting for trial call

case was reopened based on new information that a cause of action for PI existed. Trustee has employed special counsel to pursue the case of action. Waiting for update from special counsel on pending state court case; latest update 10-15 that basic discovery is to be completed within the next 60 days, but no trial date set and no settlement discussions yet

Initial Projected Date of Final Report (TFR): 12/31/15      Current Projected Date of Final Report (TFR): 12/31/17

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 13-11829 -PSH | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | JACKSON, ANDREA M. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2946 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8682 | | | |
| For Period Ending: | 04/05/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/17/17 | 14 | ROLEWICK & GUTZKE P.C. | PERSONAL INJURY FUNDS | | 18,750.00 | | 18,750.00 |
| | | 1776 S NAPERVILLE SUITE 104A | | | | | |
| | | WHEATON IL 60189 | | | | | |
| | | PI CLAIM V CBSG | Memo Amount: 150,000.00 | 1242-000 | | | |
| | | | PERSONAL INJURY FUNDS | | | | |
| | | PAYOFF AGREEMENT | Memo Amount: ( 4,593.46 ) | 2420-000 | | | |
| | | | COST | | | | |
| | | PI ATTYS FEES | Memo Amount: ( 36,231.27 ) | 3210-000 | | | |
| | | | ATTY FOR TR. | | | | |
| | | COMPLAIN CLAIM | Memo Amount: ( 80,425.27 ) | 4220-000 | | | |
| | | | LIBWERTY MUTUAL | | | | |
| | | ANDREA JACKSON | Memo Amount: ( 10,000.00 ) | 8100-000 | | | |
| | | | DEBTOR EXEMPTIONS | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 150,000.00 | | COLUMN TOTALS | 18,750.00 | 0.00 | 18,750.00 |
| Memo Allocation Disbursements: | 131,250.00 | | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 18,750.00 | 0.00 | |
| Memo Allocation Net: | 18,750.00 | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 18,750.00 | 0.00 | |
| | | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 150,000.00 | | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 131,250.00 | | Checking Account (Non-Interest Earn - *******2946 | 18,750.00 | 0.00 | 18,750.00 |
| | | | | ---------------------- | ---------------------- | ---------------------- |
| Total Memo Allocation Net: | 18,750.00 | | | 18,750.00 | 0.00 | 18,750.00 |
| | | | | ============ | ============ | ============ |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  18,750.00  0.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 13-11829 -PSH | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | JACKSON, ANDREA M. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2946  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8682 | | |
| For Period Ending: | 04/05/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: April 05, 2017 |
|---|---|---|---|---|---|---|

Case Number: 13-11829  
Debtor Name: JACKSON, ANDREA M.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | MAXWELL LAW GROUP, LLC<br>20 N. CLARK ST.<br>SUITE 200<br>CHICAGO, IL 60602<br>Tax Id: 37-1501169 | Administrative | | $0.00 | $5,864.20 | $5,864.20 |
| 001<br>2100-00 | ANDREW J. MAXWELL, TRUSTEE<br>20 N. CLARK ST.<br>SUITE 200<br>CHICAGO, IL 60602<br>Tax Id: 36-3557951 | Administrative | | $0.00 | $10,250.00 | $10,250.00 |
| 000001<br>070<br>7100-00 | Atlas Acquisitions LLC (CITIBANK SOUTH DAKOTA, N)<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $0.00 | $3,062.99 | $3,062.99 |
| 000002<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | (2-1) Unsecured Debt | $0.00 | $710.35 | $710.35 |
| 000003<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | (3-1) Unsecured Debt | $0.00 | $799.36 | $799.36 |
| 000004<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | (4-1) Unsecured Debt | $0.00 | $3,955.53 | $3,955.53 |
| 000005<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | (5-1) <b>Modified to correct creditor's address (Modified on 5/8/2015)cm</b> | $0.00 | $881.91 | $881.91 |
| 000006<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $1,081.08 | $1,081.08 |
| | Case Totals: | | | $0.00 | $26,605.42 | $26,605.42 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-11829 PSH
Case Name: JACKSON, ANDREA M.
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

Balance on hand $ 18,750.00

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 10,250.00 | $ 0.00 | $ 10,250.00 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 5,795.00 | $ 0.00 | $ 5,795.00 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 69.20 | $ 0.00 | $ 69.20 |

Total to be paid for chapter 7 administrative expenses     $     16,114.20
Remaining Balance     $     2,635.80

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,491.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 25.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC (CITIBANK SOUTH | $ 3,062.99 | $ 0.00 | $ 769.54 |
| 000002 | Quantum3 Group LLC as agent for | $ 710.35 | $ 0.00 | $ 178.47 |
| 000003 | Quantum3 Group LLC as agent for | $ 799.36 | $ 0.00 | $ 200.83 |
| 000004 | Quantum3 Group LLC as agent for | $ 3,955.53 | $ 0.00 | $ 993.78 |
| 000005 | Capital One Bank (USA), N.A. | $ 881.91 | $ 0.00 | $ 221.57 |
| 000006 | Capital One Bank (USA), N.A. | $ 1,081.08 | $ 0.00 | $ 271.61 |
| | Total to be paid to timely general unsecured creditors | | $ | 2,635.80 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE