IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ANDREA M. JACKSON, | ) | |
| | ) | No. 13-11829 |
| | ) | Hon. Chief Judge Pamela S. Hollis |
| Debtor. | ) | Chapter 7 |

CERTIFICATE OF SERVICE

     The undersigned attorney certifies that (s) he caused a copy of the foregoing Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be served (as provided by order of court dated February 24, 2017, docket no. 34) upon the United States Trustee, Debtor's attorney, and any others having registered, pursuant to Section II(B)(4) of the Administrative Procedures for the Case Management/Electronic Case Filing System through the Court's Electronic Notice for Registrants, and to each party having filed a proof of claim by depositing same in the United States Mail, postage prepaid, on or before April 25, 2017 .

                         */s/  Andrew J. Maxwell*

                         Andrew J. Maxwell (ARDC #1799150)
                         **Maxwell Law Group, LLC**
                         20 N. Clark Street, Suite 200
                         Chicago, IL 60602
                         312/368-1138

**Northern District of Illinois**
**Claims Register**
**13-11829 Andrea M. Jackson**

Atlas Acquisitions LLC (CITIBANK SOUTH DAKOTA, NJ
294 Union St.
Hackensack, NJ 07601

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Capital One Bank (USA), N.A.
by American InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083