UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
JACKSON, ANDREA M. § Case No. 13-11829 PSH
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 127,900.00 *(Without deducting any secured claims)* | Assets Exempt: 25,912.50 |
| Total Distributions to Claimants: 83,061.07 | Claims Discharged Without Payment: 28,123.34 |
| Total Expenses of Administration: 56,938.93 | |

3) Total gross receipts of $ 150,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 10,000.00 (see **Exhibit 2**), yielded net receipts of $ 140,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 144,315.15 | $ 80,425.27 | $ 80,425.27 | $ 80,425.27 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 56,938.93 | 56,938.93 | 56,938.93 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,300.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 18,967.92 | 10,491.22 | 10,491.22 | 2,635.80 |
| TOTAL DISBURSEMENTS | $ 164,583.07 | $ 147,855.42 | $ 147,855.42 | $ 140,000.00 |

4) This case was originally filed under chapter 7 on 03/23/2013 . The case was pending for 52 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/11/2017          By:/s/ANDREW J. MAXWELL, TRUSTEE
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Litigation | 1242-000 | 150,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 150,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ANDREA JACKSON | Exemptions | 8100-000 | 10,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 10,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citimortgage, Inc. PO Box 183040 Columbus, OH 43218 | | 123,612.87 | NA | NA | 0.00 |
| | Honda Financial Services P.O. Box 60001 City of Industry, CA 91716-0001 | | 20,702.28 | NA | NA | 0.00 |
| | COMPLAIN CLAIM | 4220-000 | NA | 80,425.27 | 80,425.27 | 80,425.27 |
| **TOTAL SECURED CLAIMS** | | | **$ 144,315.15** | **$ 80,425.27** | **$ 80,425.27** | **$ 80,425.27** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL, TRUSTEE | 2100-000 | NA | 10,250.00 | 10,250.00 | 10,250.00 |
| PAYOFF AGREEMENT | 2420-000 | NA | 4,593.46 | 4,593.46 | 4,593.46 |
| MAXWELL LAW GROUP, LLC | 3110-000 | NA | 5,795.00 | 5,795.00 | 5,795.00 |
| MAXWELL LAW GROUP, LLC | 3120-000 | NA | 69.20 | 69.20 | 69.20 |
| PI ATTYS FEES | 3210-000 | NA | 36,231.27 | 36,231.27 | 36,231.27 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 56,938.93 | $ 56,938.93 | $ 56,938.93 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IL Dept of Employment Security Bankruptcy Unit 401 S. State Street, 3rd Floor Chicago, IL 60605 | | 1,300.00 | NA | NA | 0.00 |
| | Richard S. Grenvich Assistant Attorney General 33 South State Street, Room 992 Chicago, IL 60603 | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 1,300.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ACL Laboratories P.O. Box 27901 West Allis, WI 53227 | | 58.84 | NA | NA | 0.00 |
| | ACL Laboratories P.O. Box 27901 West Allis, WI 53227 | | 29.42 | NA | NA | 0.00 |
| | Blatt, Hasenmiller, Leibsker & Moore LLC 125 S. Wacker Drive, Suite 400 Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CMRE Financial Services, Inc. 3075 E. Imperial Hwy #200 Brea, CA 92821 | | 0.00 | NA | NA | 0.00 |
| | Cach LLC 4340 S. Monaco, 2nd Floor Denver, CO 80237 | | 3,063.00 | NA | NA | 0.00 |
| | Capital One Bank P.O. Box 6492 Carol Stream, IL 60197-6492 | | 780.96 | NA | NA | 0.00 |
| | Capital One Bank P.O. Box 6492 Carol Stream, IL 60197-6492 | | 962.97 | NA | NA | 0.00 |
| | Chase P.O. Box 15298 Wilmington, DE 19850 | | 1,056.83 | NA | NA | 0.00 |
| | Children's Memorial Hospital P.O. Box 4066 Carol Stream, IL 60197-4066 | | 85.00 | NA | NA | 0.00 |
| | Comenity - Carson's P.O. Box 659813 San Antonio, TX 78265-9113 | | 3,739.13 | NA | NA | 0.00 |
| | Comenity - New York & Co. P.O. Box 659728 San Antonio, TX 78265-9728 | | 555.11 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Comenity - Value City Furniture P.O. Box 659704 San Antonio, TX 78265-9704 | | 699.56 | NA | NA | 0.00 |
| | Eugene Pergament MD 100 W. North Avenue, Lock Box 2 Chicago, IL 60610-1303 | | 188.16 | NA | NA | 0.00 |
| | John C. Bonewicz, PC 8001 N. Lincoln Avenue, Suite 402 Skokie, IL 60077 | | 0.00 | NA | NA | 0.00 |
| | Lurie Children's P.O. Box 4066 Carol Stream, IL 60197-4066 | | 85.00 | NA | NA | 0.00 |
| | Midland Funding 8875 Aero Drive, Suite 200 San Diego, CA 92123 | | 0.00 | NA | NA | 0.00 |
| | Mount Sinai Hospital & Med. Ctr. c/o Nationwide Credit & Collection P.O. Box 3159 Oak Brook, IL 60522-3159 | | 85.00 | NA | NA | 0.00 |
| | NRI Laboratories Inc. 5960 N. Milwaukee Avenue Chicago, IL 60646 | | 47.22 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PCC Community Wellness 2010 North Harlem Avenue Elmwood Park, IL 60707-3119 | | 434.71 | NA | NA | 0.00 |
| | Pathology Consultatnts of Chicago Dependon Collection Services, Inc. P.O. Box 4833 Oak Brook, IL 60522 | | 461.00 | NA | NA | 0.00 |
| | Professional Anesthesia Sc c/o Harvard Collection Services 4839 N. Elston Avenue Chicago, IL 60630-2534 | | 127.00 | NA | NA | 0.00 |
| | Sears P.O. Box 6282 Sioux Falls, SD 57117-6282 | | 3,113.00 | NA | NA | 0.00 |
| | Target National Bank P.O. Box 673 Minneapolis, MN 55416 | | 1,602.41 | NA | NA | 0.00 |
| | West Suburban Medical Center Department 4658 Carol Stream, IL 60122-4658 | | 85.00 | NA | NA | 0.00 |
| | West Suburban Medical Center Department 4658 Carol Stream, IL 60122-4658 | | 85.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | West Suburban Medical Center Department 4658 Carol Stream, IL 60122-4658 | | 1,623.60 | NA | NA | 0.00 |
| 000001 | ATLAS ACQUISITIONS LLC (CITIBANK SO | 7100-000 | NA | 3,062.99 | 3,062.99 | 769.54 |
| 000005 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 881.91 | 881.91 | 221.57 |
| 000006 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 1,081.08 | 1,081.08 | 271.61 |
| 000002 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 710.35 | 710.35 | 178.47 |
| 000003 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 799.36 | 799.36 | 200.83 |
| 000004 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 3,955.53 | 3,955.53 | 993.78 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 18,967.92 | $ 10,491.22 | $ 10,491.22 | $ 2,635.80 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-11829 PSH Judge: PAMELA S. HOLLIS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | JACKSON, ANDREA M. | Date Filed (f) or Converted (c): | 03/23/13 (f) |
| | | 341(a) Meeting Date: | 05/15/13 |
| For Period Ending: | 07/11/17 | Claims Bar Date: | 07/13/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residential Real Estate located at 1246 S. Christi | 142,900.00 | 4,287.13 | | 0.00 | FA |
| 2. Chase Bank Checking Account In Debtor's Possession | 400.00 | 0.00 | | 0.00 | FA |
| 3. Chase Bank Savings Account In Debtor's Possession | 5.00 | 0.00 | | 0.00 | FA |
| 4. Chase Bank Checking Account In Debtor's Possession | 2.50 | 0.00 | | 0.00 | FA |
| 5. Chase Bank Savings Account In Debtor's Possession | 2.50 | 0.00 | | 0.00 | FA |
| 6. Chase Bank Savings Account In Debtor's Possession | 2.50 | 0.00 | | 0.00 | FA |
| 7. Household Goods In Debtor's Possession | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. Clothing In Debtor's Possession | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. Wedding Rings In Debtor's Possession | 500.00 | 0.00 | | 0.00 | FA |
| 10. Term Life Insurance through State Farm | 0.00 | 0.00 | | 0.00 | FA |
| 11. Term Life Insurance through Employer | 0.00 | 0.00 | | 0.00 | FA |
| 12. 401K | 8,000.00 | 0.00 | | 0.00 | FA |
| 13. Possible Workers Compensation Claim against Bonton | Unknown | 0.00 | | 0.00 | FA |
| 14. PI CLAIM v CBSG (u) | Unknown | 1.00 | | 150,000.00 | FA |
| case reopened in 2015 to administer previously undisclosed tort or statutory case (no estimate of recovery given by special counsel); case settled 3-17 | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $153,812.50 $4,288.13 $150,000.00 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR submitted 4.5.17, filed 4/25/17 for hearing 6.8.17

funds received in the amount of 18,750 3.16.17, net of settlement

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 13-11829    PSH    Judge: PAMELA S. HOLLIS | Trustee Name:    ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | JACKSON, ANDREA M. | Date Filed (f) or Converted (c):    03/23/13 (f) |
| | | 341(a) Meeting Date:    05/15/13 |
| | | Claims Bar Date:    07/13/15 |

1/9/17  tc with counsel; pretrial scheduled 1/18/17.  Tort and comp insurance carrier are same company. Still need to resolve comp lien.

Trial date of 5/17/17. We have an offer of $130,000.00. We have a comp lien of $111,000.00  discovery in state court case is ongoing

case status waiting for trial call

case was reopened based on new information that a cause of action for PI existed.  Trustee has employed special counsel to pursue the case of action.  Waiting for update from special counsel on pending state court case; latest update 10-15 that basic discovery is to be completed within the next 60 days, but no trial date set and no settlement discussions yet

Initial Projected Date of Final Report (TFR): 12/31/15      Current Projected Date of Final Report (TFR): 12/31/17

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-11829 -PSH | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | JACKSON, ANDREA M. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2946 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8682 | | |
| For Period Ending: | 07/11/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/17/17 | 14 | ROLEWICK & GUTZKE P.C. 1776 S NAPERVILLE SUITE 104A WHEATON IL 60189 | PERSONAL INJURY FUNDS | | 18,750.00 | | 18,750.00 |
| | | PI CLAIM V CBSG | Memo Amount: 150,000.00 PERSONAL INJURY FUNDS | 1242-000 | | | |
| | | PAYOFF AGREEMENT | Memo Amount: ( 4,593.46 ) COST | 2420-000 | | | |
| | | PI ATTYS FEES | Memo Amount: ( 36,231.27 ) ATTY FOR TR. | 3210-000 | | | |
| | | COMPLAIN CLAIM | Memo Amount: ( 80,425.27 ) LIBWERTY MUTUAL | 4220-000 | | | |
| | | ANDREA JACKSON | Memo Amount: ( 10,000.00 ) DEBTOR EXEMPTIONS | 8100-000 | | | |
| 06/13/17 | 010001 | MAXWELL LAW GROUP, LLC 20 N. CLARK ST. SUITE 200 CHICAGO, IL 60602 | ATTY FEES AND EXPENSES c/o 7/8/2017 | | | 5,864.20 | 12,885.80 |
| | | | Fees 5,795.00 | 3110-000 | | | |
| | | | Expenses 69.20 | 3120-000 | | | |
| 06/13/17 | 010002 | ANDREW J. MAXWELL, TRUSTEE 20 N. CLARK ST. SUITE 200 CHICAGO, IL 60602 | TR COMPENSATION c/o 7/8/2017 | 2100-000 | | 10,250.00 | 2,635.80 |
| 06/13/17 | 010003 | Atlas Acquisitions LLC (CITIBANK SOUTH DAKOTA, N) 294 Union St. Hackensack, NJ 07601 | Claim # 1 , Final Payment c/o 6/8/2017 | 7100-000 | | 769.54 | 1,866.26 |
| 06/13/17 | 010004 | Quantum3 Group LLC as agent for | Claim # 2, FinalPayment | 7100-000 | | 178.47 | 1,687.79 |

Page Subtotals 18,750.00 17,062.21

Ver: 20.00b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2                                                                                                               Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD                                                                Exhibit 9

| Case No: | 13-11829 -PSH | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | JACKSON, ANDREA M. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2946 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8682 | | | |
| For Period Ending: | 07/11/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | c/o 6/8/2017 | | | | |
| 06/13/17 | 010005 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim # 3, Final Payment<br>c/o 6/8/2017 | 7100-000 | | 200.83 | 1,486.96 |
| 06/13/17 | 010006 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim # 4, Final Payment<br>c/o 6/8/2017 | 7100-000 | | 993.78 | 493.18 |
| 06/13/17 | 010007 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim # 5, Final Payment<br>c/o 6/8/2017 | 7100-000 | | 221.57 | 271.61 |
| 06/13/17 | 010008 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim # 6, Final Payment<br>c/o 6/8/2017 | 7100-000 | | 271.61 | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 150,000.00 | COLUMN TOTALS | 18,750.00 | 18,750.00 | 0.00 |
| Memo Allocation Disbursements: | 131,250.00 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 18,750.00 | 18,750.00 | |
| Memo Allocation Net: | 18,750.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 18,750.00 | 18,750.00 | |

| | | | | NET | ACCOUNT |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 150,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 131,250.00 | Checking Account (Non-Interest Earn - *******2946) | 18,750.00 | 18,750.00 | 0.00 |
| Total Memo Allocation Net: | 18,750.00 | | 18,750.00 | 18,750.00 | 0.00 |

Page Subtotals                                                                                         0.00         1,687.79

Ver: 20.00b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2            Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD        Exhibit 9

| Case No: | 13-11829 -PSH | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | JACKSON, ANDREA M. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2946 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8682 | | |
| For Period Ending: | 07/11/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      0.00

Ver: 20.00b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*